# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK WRIGHT, | ) | CASE NO. 1:15-cv-01931 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KENNETH S. McHARGH |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed September 30, 2016, the Court AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED**.

                                      s/ *Kenneth S. McHargh*
                                      Kenneth S. McHargh
                                      U.S. Magistrate Judge

Date: September 30, 2016